```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FLORIBERTO VILLALVA,                        :
                                            :
                                            :
                            Plaintiff,      :
                                            :     24-CV-7350 (VEC)
            -against-                       :
                                            :     ORDER
                                            :
477 FOOD CORP. and AKRAM ALAZAB,            :
                                            :
                                            :
                                            :
                            Defendants.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has filed proof of service of as to all Defendants, Dkts. 6–7;

WHEREAS Defendants' deadline to answer or otherwise respond to the Complaint has elapsed, *id.*; and

WHEREAS Defendants have neither appeared nor answered;

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendants, in accordance with Attachment A of this Court's Individual Practices in Civil Cases, by not later than **Friday, December 20, 2024**.

**SO ORDERED.**

Date: **December 3, 2024**
      **New York, New York**

_____
**VALERIE CAPRONI
United States District Judge**