```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FLORIBERTO VILLALVA,                          :
                                              :
                                              :
                              Plaintiff,      :
                                              :         24-CV-7350 (VEC)
              -against-                       :
                                              :         ORDER
                                              :
477 FOOD CORP. and AKRAM ALAZAB,              :
                                              :
                                              :
                                              :
                              Defendants.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 3, 2024, Plaintiff requested that the Court enter Default Judgment in his favor, Dkts. 8–12;

WHEREAS Attachment A to the Undersigned's Individual Practices in Civil Cases require a party moving for Default Judgment to submit a Proposed Order to Show Cause for Default Judgment and a Proposed Default Judgment;

WHEREAS the Court also requires that a Default Judgment movant submit an attorney's affidavit explaining, *inter alia*, the basis for subject matter jurisdiction; the proposed damages and the basis for each element of damages, including interest, attorneys' fees, and costs; and legal authority regarding why a damages inquest is unnecessary, if applicable; and

WHEREAS Plaintiff has not filed a Proposed Order to Show Cause for Default Judgment or a Proposed Default Judgment, and the attorney's declaration submitted at Dkt. 10 does not contain the elements identified above;

1

IT IS HEREBY ORDERED that Plaintiff must cure the deficiencies identified with his Default Judgment motion by not later than the original deadline imposed by the Court of **Friday, December 20, 2024**. Plaintiff is directed to review Attachment A of the Undersigned's Individual Practices in Civil Cases for further requirements on moving for Default Judgment.

**SO ORDERED.**

**Date: December 6, 2024**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**