```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025
```

# RAYMOND NARDO, P.C.
ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email: **Nardo@Raynardo.com**

January 20, 2025

BY ECF

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



      Re:    Villalva v. 477 Food Corp., et. al.
              24-CV-7350 (VEC)

Dear Judge Caproni,

I represent Plaintiff in the above matter. Your Honor set January 24, 2025 as the date to hear Plaintiff's Order to Show Cause for a default judgment. Unfortunately, I will be out of State at that time. I am requesting that this matter be adjourned until February 7, 14, 28, or March 7, at Your Honor's convenience. I am mailing a copy of this request to the Defendants.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

cc:    477 Food Corp.
        Akram Alazab

---

Application GRANTED. The Show Cause Hearing for Plaintiff's Default Judgment motion scheduled for Friday, January 24, 2025, at 10:00 A.M. is ADJOURNED to **Friday, February 7, 2025, at 10:00 A.M.** Plaintiff muse serve this Order on Defendants and file proof of service via ECF by **Monday, January 27, 2025**.

SO ORDERED.

*Valerie Caproni*    1/21/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE