```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FLORIBERTO VILLALVA,                      :
                                          :
                                          :
                         Plaintiff,       :
                                          :        24-CV-7350 (VEC)
            -against-                     :
                                          :            ORDER
                                          :
477 FOOD CORP. and AKRAM ALAZAB,          :
                                          :
                                          :
                                          :
                        Defendants.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS by Orders dated December 18, 2024, and January 21, 2025, the Court ordered the parties to appear before the Court on Friday, February 7, 2025, for Defendants to show cause why default judgment should not be entered against them, *see* Dkts. 19, 22; and

WHEREAS the Undersigned's Courtroom has changed;

IT IS HEREBY ORDERED that Show Cause Hearing for Plaintiff's Default Judgment motion scheduled for Friday, February 7, 2025, at 10:00 A.M. will now take place in Courtroom **20C**, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that Plaintiff must serve this Order on Defendants and file proof of service via ECF by **Tuesday, February 4, 2025**.

**SO ORDERED.**

**Date:  Februay 3, 2025**                                _____
**      New York, New York**                                    **VALERIE CAPRONI**
                                                          **United States District Judge**

1