USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Floriberto Villalva,

                Plaintiff,

-against-

477 Food Corp., Akram Alazab, as an individual,

                Defendants.

**DEFAULT JUDGMENT**

24-CV-07350 (VEC)

**ORDER**

This action having been commenced on September 27, 2024, by the filing of a Summons and Complaint (Dkt. # 1), and a copy of the Summons and Complaint having been served on the Defendants as follows:

    a. Defendant 477 Food Corp. was personally served on October 21, 2024, and proof of service was filed on October 23, 2024 (Dkt. #6).

    b. Defendant Akram Alazab was personally served on October 23, 2024, and proof of service was filed on October 23, 2024 (Dkt. #7).

and no Defendants having answered the Complaint, and the time for answering the Complaint having expired, and Defendants having failed to respond to the default judgment papers it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against Defendants, jointly and severally, in the amount of $42,326 plus costs and disbursements of this action in the amount of $402 for the Index Number, totaling $42,728.

Dated: New York, NY

February 18, 2025

                                            U.S.D.J.